## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> **v.** <br><br> **MARK D. GUIDUBALDI & ASSOCIATES LLC, DBA PROTECTION LEGAL GROUP,** <br> **AND CORPORATE BAILOUT LLC, Sanford J. Feder Esq, Mark D. Guidubaldi, Esq, Cashflow Care, LLC** <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § <br> § Case 3:17-cv-01238 <br> § <br> § <br> § <br> § |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Craig Cunningham and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against ALL DEFENDANTS AS TO ALL CAUSES OF ACTION, effective upon the filing of this notice.

　　　　　　　　　　　　　　　　　　*/s/ Aaron K. Mulvey*_____

Aaron K. Mulvey
**The Law Offices of Aaron K. Mulvey, PLLC**
**State Bar No.** 24060309
1327 Bar Harbo Dr.
Dallas, TX 75232
Tel: 214-946-2222
Aaron@MulveyLaw.net